AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stahl, Norman H. | US Court of Appeals - 1st Circuit | 06/24/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

US Court of Appeals
1 Courthouse Way, Suite 8730
Boston, Massachusetts 02210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Tufts Medical Center Board of Governors |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ashland House Associates, LP, 9%, Bedford, NH - Rental Income | F | Rent | N | W | | | | | |
| 2. Citizen's Bank, Cash, Checking and MM | A | Interest | K | T | | | | | |
| 3. Martha's Vineyard Savings Bank, Cash | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. Trust # 1 (H) | | | | | | | | | |
| 6. -Exxon Mobil | B | Dividend | K | T | | | | | |
| 7. -Kellogg Co | B | Dividend | L | T | Buy (add'l) | 02/21/18 | J | | |
| 8. | | | | | Buy (add'l) | 03/21/18 | J | | |
| 9. | | | | | Sold (part) | 07/23/18 | J | A | |
| 10. | | | | | Sold (part) | 10/12/18 | J | | |
| 11. | | | | | Sold (part) | 10/22/18 | J | A | |
| 12. | | | | | Sold (part) | 11/05/18 | J | | |
| 13. | | | | | Sold (part) | 11/06/18 | J | | |
| 14. | | | | | Sold (part) | 11/14/18 | J | | |
| 15. | | | | | Sold (part) | 11/15/18 | J | | |
| 16. | | | | | Sold (part) | 11/16/18 | J | | |
| 17. -Pepsico | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Charles Schwab Corp. | A | Dividend | L | T | Buy (add'l) | 02/06/18 | J | | |
| 19. | | | | | Buy (add'l) | 02/07/18 | J | | |
| 20. | | | | | Sold (part) | 03/22/18 | J | A | |
| 21. | | | | | Buy (add'l) | 08/10/18 | J | | |
| 22. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 23. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 24. | | | | | Sold (part) | 11/29/18 | J | | |
| 25. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 26. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 27. -Alphabet Inc. Class C | | None | K | T | Sold (part) | 07/24/18 | J | C | |
| 28. -Nestle SA | A | Dividend | K | T | Buy (add'l) | 01/03/18 | J | | |
| 29. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 30. | | | | | Sold (part) | 07/23/18 | J | | |
| 31. | | | | | Sold (part) | 11/29/18 | J | | |
| 32. -Diageo PLC | A | Dividend | J | T | Sold (part) | 03/23/18 | J | A | |
| 33. | | | | | Sold (part) | 04/02/18 | J | A | |
| 34. | | | | | Sold (part) | 07/23/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 11/29/18 | J | A | |
| 36.  -Walt Disney Co | A | Dividend | K | T | Buy (add'l) | 01/31/18 | J | | |
| 37. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 38. | | | | | Sold (part) | 07/23/18 | J | A | |
| 39. | | | | | Sold (part) | 09/26/18 | J | A | |
| 40. | | | | | Sold (part) | 11/02/18 | J | A | |
| 41.  -Nike Inc. Class B | A | Dividend | | | Sold (part) | 01/19/18 | J | A | |
| 42. | | | | | Sold (part) | 01/24/18 | J | A | |
| 43. | | | | | Sold (part) | 01/31/18 | J | | |
| 44. | | | | | Sold (part) | 02/06/18 | J | C | |
| 45. | | | | | Sold | 02/07/18 | J | C | |
| 46.  -Lululemon Athletica | | None | | | Sold (part) | 01/02/18 | J | B | |
| 47. | | | | | Sold (part) | 02/07/18 | J | B | |
| 48. | | | | | Sold (part) | 02/09/18 | J | C | |
| 49. | | | | | Sold | 02/13/18 | J | B | |
| 50.  -Visa Inc CL A | | None | | | Sold | 01/04/18 | J | C | |
| 51.  -LVMH MOET | A | Dividend | J | T | Sold (part) | 02/06/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 03/19/18 | J | B | |
| 53. | | | | | Sold (part) | 03/21/18 | J | B | |
| 54. | | | | | Sold (part) | 07/23/18 | J | C | |
| 55. -Comcast Corporation | A | Dividend | K | T | Buy (add'l) | 01/03/18 | J | | |
| 56. | | | | | Buy (add'l) | 01/04/18 | J | | |
| 57. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 58. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 59. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 60. | | | | | Sold (part) | 07/23/18 | J | | |
| 61. | | | | | Sold (part) | 08/07/18 | J | | |
| 62. | | | | | Sold (part) | 08/30/18 | J | | |
| 63. | | | | | Sold (part) | 09/17/18 | J | | |
| 64. | | | | | Sold (part) | 10/22/18 | J | A | |
| 65. -McDonalds | A | Dividend | K | T | Buy (add'l) | 03/02/18 | J | | |
| 66. | | | | | Sold (part) | 04/06/18 | J | A | |
| 67. | | | | | Sold (part) | 10/24/18 | J | B | |
| 68. | | | | | Sold (part) | 11/29/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Wal-mart Stores | A | Dividend | K | T | Sold (part) | 01/12/18 | J | A | |
| 70. | | | | | Sold (part) | 01/31/18 | J | B | |
| 71. | | | | | Buy (add'l) | 05/09/18 | J | | |
| 72. | | | | | Buy (add'l) | 06/20/18 | J | | |
| 73. | | | | | Sold (part) | 07/23/18 | J | A | |
| 74. | | | | | Sold (part) | 09/25/18 | J | A | |
| 75. | | | | | Sold (part) | 10/24/18 | J | B | |
| 76. | | | | | Sold (part) | 10/29/18 | J | A | |
| 77. -Carnival Corp | A | Dividend | | | Sold (part) | 09/17/18 | J | B | |
| 78. | | | | | Sold | 09/18/18 | J | C | |
| 79. -Facebook Class A | | None | J | T | Sold (part) | 01/02/18 | J | C | |
| 80. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 81. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 82. | | | | | Buy (add'l) | 10/04/18 | J | | |
| 83. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 84. | | | | | Sold (part) | 12/18/18 | J | | |
| 85. | | | | | Sold (part) | 12/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -Heineken NV FADR | A | Dividend | K | T | Sold (part) | 02/16/18 | J | | |
| 87. | | | | | Sold (part) | 02/26/18 | J | A | |
| 88. | | | | | Sold (part) | 03/02/18 | J | A | |
| 89. | | | | | Sold (part) | 04/09/18 | J | A | |
| 90. | | | | | Sold (part) | 05/03/18 | J | A | |
| 91. | | | | | Sold (part) | 11/29/18 | J | A | |
| 92.   -Marriott Intl Inc. Class A | A | Dividend | J | T | Sold (part) | 01/02/18 | J | D | |
| 93. | | | | | Buy (add'l) | 06/19/18 | J | | |
| 94. | | | | | Buy (add'l) | 06/22/18 | J | | |
| 95. | | | | | Buy (add'l) | 08/07/18 | J | | |
| 96. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 97. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 98. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 99.   -Microsoft Corp | A | Dividend | J | T | Sold (part) | 01/16/18 | J | B | |
| 100. | | | | | Sold (part) | 02/27/18 | J | B | |
| 101. | | | | | Sold (part) | 04/12/18 | J | B | |
| 102. | | | | | Sold (part) | 07/23/18 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 11/29/18 | J | B | |
| 104.  -Coca Cola | A | Dividend | K | T | Buy (add'l) | 02/15/18 | J | | |
| 105. | | | | | Sold (part) | 07/23/18 | J | | |
| 106. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 107. | | | | | Sold (part) | 10/12/18 | J | | |
| 108. | | | | | Sold (part) | 10/22/18 | J | | |
| 109.  -Darden Restaurants | A | Dividend | J | T | Sold (part) | 07/23/18 | J | A | |
| 110. | | | | | Sold (part) | 08/10/18 | J | A | |
| 111. | | | | | Sold (part) | 08/14/18 | J | A | |
| 112. | | | | | Sold (part) | 09/06/18 | J | B | |
| 113.  -Dunkin Brands Group | A | Dividend | J | T | Buy (add'l) | 02/07/18 | J | | |
| 114. | | | | | Buy (add'l) | 04/27/18 | J | | |
| 115. | | | | | Sold (part) | 11/29/18 | J | A | |
| 116.  -Hersey Company | A | Dividend | | | Buy (add'l) | 01/12/18 | J | | |
| 117. | | | | | Sold | 04/26/18 | J | | |
| 118.  -Proctor & Gamble | A | Dividend | | | Buy (add'l) | 01/02/18 | J | | |
| 119. | | | | | Buy (add'l) | 01/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 01/23/18 | J | | |
| 121. | | | | | Sold (part) | 05/16/18 | J | | |
| 122. | | | | | Sold (part) | 05/30/18 | J | | |
| 123. | | | | | Sold (part) | 07/10/18 | J | | |
| 124. | | | | | Sold (part) | 07/11/18 | J | | |
| 125. | | | | | Sold | 07/12/18 | J | | |
| 126.  -Ulta Beauty, Inc. | None | K | T | | Buy (add'l) | 01/05/18 | J | | |
| 127. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 128. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 129. | | | | | Sold (part) | 04/25/18 | J | | |
| 130. | | | | | Sold (part) | 11/29/18 | J | A | |
| 131.  -Time Warner, Inc. (Became AT&T on 6/15/2018) | A | Dividend | | | Buy | 01/31/18 | J | | |
| 132. | | | | | Buy (add'l) | 02/08/18 | J | | |
| 133. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 134. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 135. | | | | | Buy (add'l) | 04/26/18 | J | | |
| 136. | | | | | Merged (with line 137) | 06/15/18 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -AT&T (Merger Time Warner to AT&T) | | None | | | Open | 06/15/18 | K | | |
| 138. | | | | | Sold (part) | 06/21/18 | J | | |
| 139. | | | | | Sold (part) | 06/22/18 | J | | |
| 140. | | | | | Sold | 06/26/18 | J | | |
| 141.  -Anheuser Busch Inbev | A | Dividend | J | T | Buy | 01/02/18 | J | | |
| 142. | | | | | Buy (add'l) | 01/19/18 | J | | |
| 143. | | | | | Buy (add'l) | 01/23/18 | J | | |
| 144. | | | | | Buy (add'l) | 04/26/18 | J | | |
| 145. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 146. | | | | | Sold (part) | 10/22/18 | J | | |
| 147. | | | | | Sold (part) | 11/29/18 | J | | |
| 148. | | | | | Sold (part) | 12/12/18 | K | | |
| 149.  -Ebay | | None | J | T | Buy | 02/07/18 | J | | |
| 150. | | | | | Buy (add'l) | 03/22/18 | J | | |
| 151. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 152. | | | | | Buy (add'l) | 07/10/18 | J | | |
| 153. | | | | | Buy (add'l) | 09/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 155. | | | | | Sold (part) | 10/22/18 | J | | |
| 156. | | | | | Sold (part) | 11/29/18 | J | | |
| 157. -Home Depot | A | Dividend | K | T | Buy | 04/06/18 | J | | |
| 158. | | | | | Buy (add'l) | 04/09/18 | J | | |
| 159. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 160. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 161. -Illinois Tool Works | A | Dividend | | | Buy | 05/16/18 | J | | |
| 162. | | | | | Buy (add'l) | 06/22/18 | J | | |
| 163. | | | | | Sold (part) | 10/02/18 | J | | |
| 164. | | | | | Sold (part) | 10/04/18 | J | | |
| 165. | | | | | Sold | 10/05/18 | J | | |
| 166. -Sherwin Williams Co | A | Dividend | J | T | Buy | 04/27/18 | J | | |
| 167. -Starbucks | A | Dividend | J | T | Buy | 06/20/18 | J | | |
| 168. -Tiffany Co | | None | J | T | Buy | 12/04/18 | J | | |
| 169. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 170. -Weight Watchers Intl | | None | J | T | Buy | 11/02/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 172. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 173. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 174. -William Sonoma | A | Dividend | J | T | Buy | 07/11/18 | J | | |
| 175. | | | | | Buy (add'l) | 07/12/18 | J | | |
| 176. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 177. | | | | | Buy (add'l) | 10/05/18 | J | | |
| 178. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 179. -Cash, Schwab Bank Sweep | A | Interest | K | T | | | | | |
| 180. -US Treasury NT Due 8/15/18 | A | Interest | | | Matured | 08/15/18 | M | | |
| 181. -US Treasury Bill Due 5/31/18 | A | Interest | | | Matured | 05/31/18 | N | | |
| 182. -US Treasury Bill Due 5/30/19 | | None | M | T | | | | | |
| 183. -US Treasury Bill Due 8/15/19 | | None | N | T | | | | | |
| 184. | | | | | | | | | |
| 185. Trust # 2 IRA (H) | | | | | | | | | |
| 186. -Alphabet Inc. Class C | | None | M | T | Sold (part) | 01/02/18 | J | B | |
| 187. | | | | | Sold (part) | 01/12/18 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 01/22/18 | J | C | |
| 189. | | | | | Sold (part) | 01/29/18 | J | C | |
| 190. | | | | | Sold (part) | 02/20/18 | K | D | |
| 191. | | | | | Sold (part) | 02/21/18 | J | C | |
| 192. | | | | | Sold (part) | 02/26/18 | J | C | |
| 193. | | | | | Sold (part) | 03/12/18 | J | C | |
| 194. | | | | | Sold (part) | 03/23/18 | J | C | |
| 195. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 196. | | | | | Sold (part) | 07/17/18 | J | B | |
| 197. | | | | | Sold (part) | 07/25/18 | J | B | |
| 198. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 199. | | | | | Buy (add'l) | 10/11/18 | K | | |
| 200. | | | | | Buy (add'l) | 10/18/18 | J | | |
| 201. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 202. | | | | | Buy (add'l) | 10/26/18 | K | | |
| 203. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 204. | | | | | Buy (add'l) | 11/05/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 16 of 72

Name of Person Reporting

Stahl, Norman H.

Date of Report

06/24/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 206. | | | | | Buy (add'l) | 11/12/18 | J | | |
| 207. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 208. | | | | | Sold (part) | 12/12/18 | J | | |
| 209.  -Anheuser-Busch | C | Dividend | L | T | Sold (part) | 01/02/18 | J | | |
| 210. | | | | | Buy (add'l) | 01/23/18 | J | | |
| 211. | | | | | Sold (part) | 03/23/18 | J | | |
| 212. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 213. | | | | | Buy (add'l) | 04/27/18 | J | | |
| 214. | | | | | Buy (add'l) | 05/09/18 | J | | |
| 215. | | | | | Sold (part) | 05/10/18 | J | | |
| 216. | | | | | Buy (add'l) | 05/30/18 | J | | |
| 217. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 218. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 219. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 220. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 221. | | | | | Buy (add'l) | 09/19/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 09/27/18 | J | | |
| 223. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 224. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 225.   -Carnival Corp | B | Dividend | | | Sold (part) | 01/02/18 | J | A | |
| 226. | | | | | Sold (part) | 01/24/18 | J | B | |
| 227. | | | | | Sold (part) | 02/21/18 | J | B | |
| 228. | | | | | Sold (part) | 03/23/18 | J | | |
| 229. | | | | | Buy (add'l) | 03/28/18 | J | | |
| 230. | | | | | Sold (part) | 05/16/18 | J | A | |
| 231. | | | | | Sold (part) | 05/17/18 | J | A | |
| 232. | | | | | Sold (part) | 05/30/18 | J | | |
| 233. | | | | | Buy (add'l) | 06/20/18 | J | | |
| 234. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 235. | | | | | Sold (part) | 08/22/18 | J | | |
| 236. | | | | | Sold (part) | 09/14/18 | J | | |
| 237. | | | | | Sold (part) | 09/17/18 | K | D | |
| 238. | | | | | Sold | 09/18/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -Charles Schwab Corp | A | Dividend | M | T | Buy (add'l) | 02/07/18 | J | | |
| 240. | | | | | Buy (add'l) | 02/08/18 | J | | |
| 241. | | | | | Sold (part) | 02/27/18 | J | A | |
| 242. | | | | | Sold (part) | 03/09/18 | J | A | |
| 243. | | | | | Sold (part) | 03/13/18 | J | A | |
| 244. | | | | | Sold (part) | 03/22/18 | J | C | |
| 245. | | | | | Buy (add'l) | 08/10/18 | J | | |
| 246. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 247. | | | | | Buy (add'l) | 08/21/18 | J | | |
| 248. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 249. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 250. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 251. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 252. | | | | | Buy (add'l) | 09/26/18 | J | | |
| 253. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 254. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 255. | | | | | Buy (add'l) | 10/17/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 10/18/18 | J | | |
| 257. | | | | | Buy (add'l) | 10/23/18 | J | | |
| 258. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 259. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 260. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 261. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 262. -Coca Cola Company | C | Dividend | M | T | Sold (part) | 01/02/18 | J | | |
| 263. | | | | | Buy (add'l) | 01/10/18 | J | | |
| 264. | | | | | Buy (add'l) | 02/14/18 | J | | |
| 265. | | | | | Sold (part) | 03/23/18 | J | | |
| 266. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 267. | | | | | Sold (part) | 05/30/18 | J | | |
| 268. | | | | | Sold (part) | 08/02/18 | J | A | |
| 269. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 270. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 271. | | | | | Sold (part) | 10/18/18 | K | A | |
| 272. | | | | | Sold (part) | 10/24/18 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 11/05/18 | J | A | |
| 274. | | | | | Sold (part) | 11/12/18 | J | A | |
| 275. | | | | | Sold (part) | 12/06/18 | J | A | |
| 276. | | | | | Sold (part) | 12/07/18 | J | A | |
| 277. -Comcast | C | Dividend | M | T | Sold (part) | 01/02/18 | J | A | |
| 278. | | | | | Buy (add'l) | 01/08/18 | J | | |
| 279. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 280. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 281. | | | | | Buy (add'l) | 03/09/18 | J | | |
| 282. | | | | | Buy (add'l) | 03/12/18 | J | | |
| 283. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 284. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 285. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 286. | | | | | Sold (part) | 03/23/18 | J | | |
| 287. | | | | | Buy (add'l) | 04/27/18 | J | | |
| 288. | | | | | Sold (part) | 05/30/18 | J | | |
| 289. | | | | | Sold (part) | 08/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 08/21/18 | J | | |
| 291. | | | | | Sold (part) | 08/28/18 | J | | |
| 292. | | | | | Sold (part) | 08/31/18 | J | | |
| 293. | | | | | Sold (part) | 09/06/18 | J | | |
| 294. | | | | | Sold (part) | 09/14/18 | J | | |
| 295. | | | | | Sold (part) | 09/17/18 | J | | |
| 296. | | | | | Sold (part) | 09/20/18 | J | | |
| 297. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 298. | | | | | Buy (add'l) | 09/26/18 | J | | |
| 299. | | | | | Buy (add'l) | 10/03/18 | J | | |
| 300. | | | | | Sold (part) | 10/26/18 | J | | |
| 301. | | | | | Sold (part) | 10/29/18 | J | | |
| 302. | | | | | Sold (part) | 10/30/18 | J | A | |
| 303. | | | | | Sold (part) | 11/05/18 | J | A | |
| 304.  -Darden Restaurants | B | Dividend | K | T | Sold (part) | 01/02/18 | J | A | |
| 305. | | | | | Sold (part) | 03/02/18 | J | A | |
| 306. | | | | | Buy (add'l) | 03/22/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 308. | | | | | Sold (part) | 03/23/18 | J | | |
| 309. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 310. | | | | | Sold (part) | 04/27/18 | J | A | |
| 311. | | | | | Sold (part) | 05/01/18 | J | A | |
| 312. | | | | | Sold (part) | 05/03/18 | J | A | |
| 313. | | | | | Sold (part) | 05/08/18 | J | A | |
| 314. | | | | | Sold (part) | 05/30/18 | J | A | |
| 315. | | | | | Sold (part) | 06/21/18 | J | B | |
| 316. | | | | | Sold (part) | 06/22/18 | K | C | |
| 317. | | | | | Sold (part) | 07/06/18 | J | A | |
| 318. | | | | | Sold (part) | 07/09/18 | J | C | |
| 319. | | | | | Sold (part) | 08/15/18 | J | A | |
| 320. | | | | | Sold (part) | 08/23/18 | J | B | |
| 321. | | | | | Sold (part) | 08/31/18 | J | A | |
| 322. | | | | | Sold (part) | 09/05/18 | J | C | |
| 323. | | | | | Sold (part) | 09/06/18 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. | | | | | Sold (part) | 09/14/18 | J | B | |
| 325. | | | | | Sold (part) | 09/17/18 | J | A | |
| 326. | | | | | Buy (add'l) | 09/20/18 | J | | |
| 327. -Diageo, PLC | B | Dividend | K | T | Sold (part) | 01/02/18 | J | A | |
| 328. | | | | | Sold (part) | 03/23/18 | J | B | |
| 329. | | | | | Sold (part) | 04/04/18 | J | B | |
| 330. | | | | | Sold (part) | 04/06/18 | J | A | |
| 331. | | | | | Sold (part) | 04/09/18 | J | B | |
| 332. | | | | | Sold (part) | 05/30/18 | J | A | |
| 333. | | | | | Sold (part) | 05/31/18 | J | B | |
| 334. | | | | | Sold (part) | 07/23/18 | J | B | |
| 335. | | | | | Sold (part) | 10/26/18 | J | A | |
| 336. | | | | | Sold (part) | 12/20/18 | J | C | |
| 337. | | | | | Sold (part) | 12/21/18 | J | C | |
| 338. -Dunkin Brands Group | A | Dividend | K | T | Buy (add'l) | 02/07/18 | J | | |
| 339. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 340. | | | | | Sold (part) | 03/23/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 04/26/18 | J | | |
| 342. | | | | | Buy (add'l) | 04/27/18 | J | | |
| 343. | | | | | Sold (part) | 05/30/18 | J | A | |
| 344. | | | | | Sold (part) | 08/21/18 | J | A | |
| 345. | | | | | Sold (part) | 09/06/18 | J | B | |
| 346. | | | | | Sold (part) | 09/28/18 | J | B | |
| 347. | | | | | Sold (part) | 10/15/18 | J | B | |
| 348. -Ebay | None | | M | T | Buy | 02/06/18 | J | | |
| 349. | | | | | Buy (add'l) | 02/07/18 | J | | |
| 350. | | | | | Buy (add'l) | 02/08/18 | J | | |
| 351. | | | | | Buy (add'l) | 03/22/18 | K | | |
| 352. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 353. | | | | | Sold (part) | 03/23/18 | J | | |
| 354. | | | | | Buy (add'l) | 04/13/18 | K | | |
| 355. | | | | | Buy (add'l) | 04/26/18 | J | | |
| 356. | | | | | Buy (add'l) | 04/27/18 | J | | |
| 357. | | | | | Buy (add'l) | 05/02/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 359. | | | | | Sold (part) | 05/30/18 | J | | |
| 360. | | | | | Buy (add'l) | 06/13/18 | J | | |
| 361. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 362. | | | | | Buy (add'l) | 06/22/18 | J | | |
| 363. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 364. | | | | | Buy (add'l) | 07/10/18 | J | | |
| 365. | | | | | Buy (add'l) | 07/19/18 | J | | |
| 366. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 367. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 368. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 369. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 370. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 371. | | | | | Buy (add'l) | 10/18/18 | J | | |
| 372. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 373. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 374. -Facebook, Inc. Class A | | None | L | T | Sold (part) | 01/02/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 09/14/18 | K | | |
| 376. | | | | | Buy (add'l) | 09/17/18 | K | | |
| 377. | | | | | Buy (add'l) | 09/18/18 | K | | |
| 378. | | | | | Buy (add'l) | 10/04/18 | J | | |
| 379. | | | | | Buy (add'l) | 10/18/18 | J | | |
| 380. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 381. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 382. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 383. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 384. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 385. | | | | | Sold (part) | 12/10/18 | J | | |
| 386. | | | | | Sold (part) | 12/18/18 | J | | |
| 387. -Heineken NV | A | Dividend | L | T | Sold (part) | 01/02/18 | J | A | |
| 388. | | | | | Sold (part) | 02/16/18 | J | A | |
| 389. | | | | | Sold (part) | 02/26/18 | J | B | |
| 390. | | | | | Sold (part) | 03/02/18 | J | C | |
| 391. | | | | | Sold (part) | 03/09/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 03/23/18 | J | A | |
| 393. | | | | | Sold (part) | 04/04/18 | J | A | |
| 394. | | | | | Sold (part) | 04/09/18 | J | B | |
| 395. | | | | | Sold (part) | 04/13/18 | J | B | |
| 396. | | | | | Sold (part) | 05/03/18 | J | C | |
| 397. | | | | | Sold (part) | 05/09/18 | J | B | |
| 398. | | | | | Sold (part) | 05/10/18 | J | B | |
| 399. | | | | | Sold (part) | 05/30/18 | J | A | |
| 400. | | | | | Buy (add'l) | 06/20/18 | J | | |
| 401. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 402. | | | | | Buy (add'l) | 09/20/18 | J | | |
| 403. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 404. | | | | | Buy (add'l) | 10/08/18 | J | | |
| 405. -Hershey Company | A | Dividend | | | Sold (part) | 01/02/18 | J | A | |
| 406. | | | | | Buy (add'l) | 01/10/18 | J | | |
| 407. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 408. | | | | | Buy (add'l) | 02/02/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 28 of 72

**Name of Person Reporting**

Stahl, Norman H.

**Date of Report**

06/24/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 02/07/18 | J | | |
| 410. | | | | | Buy (add'l) | 04/10/18 | J | | |
| 411. | | | | | Sold | 04/26/18 | J | | |
| 412.  -Home Depot | B | Dividend | M | T | Buy | 04/06/18 | K | | |
| 413. | | | | | Buy (add'l) | 04/09/18 | K | | |
| 414. | | | | | Buy (add'l) | 04/10/18 | J | | |
| 415. | | | | | Buy (add'l) | 04/11/18 | J | | |
| 416. | | | | | Sold (part) | 09/06/18 | J | A | |
| 417. | | | | | Sold (part) | 10/03/18 | J | A | |
| 418. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 419. | | | | | Buy (add'l) | 10/18/18 | J | | |
| 420. | | | | | Buy (add'l) | 10/22/18 | J | | |
| 421. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 422. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 423. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 424. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 425. | | | | | Buy (add'l) | 11/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 29 of 72

**Name of Person Reporting**

Stahl, Norman H.

**Date of Report**

06/24/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 427. Illinois Tools Works | A | Dividend | | | Buy (add'l) | 05/03/18 | J | | |
| 428. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 429. | | | | | Buy (add'l) | 05/16/18 | K | | |
| 430. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 431. | | | | | Sold (part) | 05/30/18 | J | | |
| 432. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 433. | | | | | Buy (add'l) | 06/19/18 | J | | |
| 434. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 435. | | | | | Buy (add'l) | 07/06/18 | J | | |
| 436. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 437. | | | | | Buy (add'l) | 07/23/18 | J | | |
| 438. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 439. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 440. | | | | | Sold (part) | 10/02/18 | J | | |
| 441. | | | | | Sold (part) | 10/04/18 | J | | |
| 442. | | | | | Sold (part) | 10/08/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold (part) | 10/10/18 | J | | |
| 444. | | | | | Sold | 10/11/18 | K | | |
| 445.  -Kellogg Company | C | Dividend | | | Sold (part) | 01/02/18 | J | | |
| 446. | | | | | Buy (add'l) | 01/10/18 | J | | |
| 447. | | | | | Buy (add'l) | 01/18/18 | J | | |
| 448. | | | | | Buy (add'l) | 02/02/18 | J | | |
| 449. | | | | | Buy (add'l) | 02/23/18 | J | | |
| 450. | | | | | Buy (add'l) | 03/21/18 | J | | |
| 451. | | | | | Sold (part) | 03/23/18 | J | | |
| 452. | | | | | Buy (add'l) | 04/26/18 | J | | |
| 453. | | | | | Buy (add'l) | 05/02/18 | J | | |
| 454. | | | | | Sold (part) | 05/30/18 | J | | |
| 455. | | | | | Sold (part) | 06/25/18 | J | | |
| 456. | | | | | Sold (part) | 06/27/18 | K | A | |
| 457. | | | | | Sold (part) | 06/28/18 | J | A | |
| 458. | | | | | Sold (part) | 08/15/18 | J | A | |
| 459. | | | | | Buy (add'l) | 09/27/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold (part) | 10/18/18 | J | A | |
| 461. | | | | | Sold (part) | 10/24/18 | J | A | |
| 462. | | | | | Sold (part) | 10/30/18 | J | A | |
| 463. | | | | | Sold (part) | 11/06/18 | J | | |
| 464. | | | | | Sold (part) | 11/08/18 | K | A | |
| 465. | | | | | Sold (part) | 11/13/18 | J | | |
| 466. | | | | | Sold (part) | 11/15/18 | J | | |
| 467. | | | | | Sold (part) | 11/16/18 | K | | |
| 468. | | | | | Sold | 11/19/18 | K | A | |
| 469. -LVMH MOET | A | Dividend | L | T | Sold (part) | 01/02/18 | J | B | |
| 470. | | | | | Sold (part) | 01/31/18 | J | C | |
| 471. | | | | | Sold (part) | 02/16/18 | J | B | |
| 472. | | | | | Sold (part) | 02/26/18 | J | D | |
| 473. | | | | | Sold (part) | 03/09/18 | J | B | |
| 474. | | | | | Sold (part) | 03/19/18 | J | B | |
| 475. | | | | | Sold (part) | 03/20/18 | J | C | |
| 476. | | | | | Sold (part) | 03/21/18 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. | | | | | Sold (part) | 03/23/18 | J | A | |
| 478. | | | | | Sold (part) | 04/03/18 | J | B | |
| 479. | | | | | Sold (part) | 04/06/18 | J | D | |
| 480. | | | | | Sold (part) | 04/13/18 | J | C | |
| 481. | | | | | Sold (part) | 05/15/18 | J | C | |
| 482. | | | | | Sold (part) | 05/16/18 | J | B | |
| 483. | | | | | Sold (part) | 05/30/18 | J | C | |
| 484. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 485. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 486. | | | | | Buy (add'l) | 10/30/18 | J | | |
| 487. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 488. | | | | | Buy (add'l) | 11/20/18 | J | | |
| 489. | | | | | Sold (part) | 12/20/18 | J | | |
| 490. -Lululemon Athletica | None | | | | Sold (part) | 01/02/18 | J | C | |
| 491. | | | | | Sold (part) | 02/05/18 | J | B | |
| 492. | | | | | Sold (part) | 02/06/18 | J | C | |
| 493. | | | | | Sold (part) | 02/07/18 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold (part) | 02/09/18 | K | D | |
| 495. | | | | | Sold (part) | 02/12/18 | J | C | |
| 496. | | | | | Sold | 02/13/18 | K | D | |
| 497.  -Marriott Intl Inc Class A | A | Dividend | M | T | Buy | 06/19/18 | J | | |
| 498. | | | | | Buy (add'l) | 06/20/18 | J | | |
| 499. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 500. | | | | | Buy (add'l) | 06/22/18 | J | | |
| 501. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 502. | | | | | Buy (add'l) | 06/27/18 | J | | |
| 503. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 504. | | | | | Buy (add'l) | 08/07/18 | J | | |
| 505. | | | | | Buy (add'l) | 08/08/18 | J | | |
| 506. | | | | | Buy (add'l) | 08/09/18 | J | | |
| 507. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 508. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 509. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 510. | | | | | Buy (add'l) | 10/01/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 72

**Name of Person Reporting**

Stahl, Norman H.

**Date of Report**

06/24/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 511. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 512. | | | | | Buy (add'l) | 10/03/18 | J | | |
| 513. | | | | | Buy (add'l) | 10/04/18 | J | | |
| 514. | | | | | Buy (add'l) | 10/08/18 | J | | |
| 515. | | | | | Buy (add'l) | 10/19/18 | J | | |
| 516. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 517. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 518. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 519.  -McDonalds | C | Dividend | M | T | Sold (part) | 01/02/18 | J | B | |
| 520. | | | | | Buy (add'l) | 01/30/18 | J | | |
| 521. | | | | | Buy (add'l) | 01/31/18 | J | | |
| 522. | | | | | Buy (add'l) | 02/14/18 | J | | |
| 523. | | | | | Buy (add'l) | 02/20/18 | J | | |
| 524. | | | | | Buy (add'l) | 03/02/18 | J | | |
| 525. | | | | | Sold (part) | 03/23/18 | J | | |
| 526. | | | | | Sold (part) | 03/27/18 | J | | |
| 527. | | | | | Sold (part) | 03/28/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold (part) | 04/02/18 | J | | |
| 529. | | | | | Sold (part) | 04/11/18 | J | A | |
| 530. | | | | | Sold (part) | 05/30/18 | J | A | |
| 531. | | | | | Buy (add'l) | 06/20/18 | J | | |
| 532. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 533. | | | | | Buy (add'l) | 07/18/18 | J | | |
| 534. | | | | | Buy (add'l) | 07/26/18 | J | | |
| 535. | | | | | Buy (add'l) | 08/02/18 | J | | |
| 536. | | | | | Sold (part) | 09/06/18 | J | B | |
| 537. | | | | | Sold (part) | 09/07/18 | J | A | |
| 538. | | | | | Sold (part) | 09/25/18 | J | B | |
| 539. | | | | | Sold (part) | 10/03/18 | J | B | |
| 540. | | | | | Sold (part) | 10/10/18 | J | B | |
| 541. | | | | | Sold (part) | 10/17/18 | J | B | |
| 542. | | | | | Sold (part) | 10/23/18 | J | C | |
| 543. | | | | | Sold (part) | 10/24/18 | J | B | |
| 544. | | | | | Sold (part) | 11/05/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 72

Name of Person Reporting

Stahl, Norman H.

Date of Report

06/24/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Sold (part) | 11/29/18 | J | C | |
| 546. | | | | | Sold (part) | 12/04/18 | J | B | |
| 547.  -Microsoft Corp | B | Dividend | K | T | Sold (part) | 01/02/18 | J | B | |
| 548. | | | | | Sold (part) | 01/05/18 | J | B | |
| 549. | | | | | Sold (part) | 01/12/18 | J | B | |
| 550. | | | | | Sold (part) | 01/17/18 | J | B | |
| 551. | | | | | Sold (part) | 01/24/18 | J | C | |
| 552. | | | | | Sold (part) | 01/29/18 | J | B | |
| 553. | | | | | Sold (part) | 02/06/18 | J | B | |
| 554. | | | | | Sold (part) | 02/16/18 | J | C | |
| 555. | | | | | Sold (part) | 02/20/18 | J | D | |
| 556. | | | | | Sold (part) | 02/21/18 | J | B | |
| 557. | | | | | Sold (part) | 02/23/18 | J | B | |
| 558. | | | | | Sold (part) | 02/26/18 | J | C | |
| 559. | | | | | Sold (part) | 02/28/18 | J | B | |
| 560. | | | | | Sold (part) | 03/09/18 | J | B | |
| 561. | | | | | Sold (part) | 03/20/18 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

**Stahl, Norman H.**

Date of Report

06/24/2019

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 562. | | | | | Sold (part) | 03/23/18 | J | B | |
| 563. | | | | | Sold (part) | 03/26/18 | J | C | |
| 564. | | | | | Sold (part) | 04/06/18 | J | C | |
| 565. | | | | | Sold (part) | 05/01/18 | J | B | |
| 566. | | | | | Sold (part) | 06/06/18 | J | C | |
| 567. | | | | | Sold (part) | 06/08/18 | J | A | |
| 568. | | | | | Sold (part) | 07/17/18 | J | A | |
| 569. | | | | | Sold (part) | 07/25/18 | J | B | |
| 570. | | | | | Sold (part) | 08/08/18 | J | B | |
| 571. | | | | | Sold (part) | 09/27/18 | J | C | |
| 572. | | | | | Sold (part) | 10/03/18 | J | B | |
| 573. | | | | | Sold (part) | 10/11/18 | J | B | |
| 574. | | | | | Sold (part) | 10/12/18 | J | B | |
| 575. | | | | | Sold (part) | 11/28/18 | J | B | |
| 576. -Nestle | C | Dividend | M | T | Sold (part) | 01/02/18 | J | A | |
| 577. | | | | | Buy (add'l) | 01/03/18 | J | | |
| 578. | | | | | Buy (add'l) | 02/20/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 580. | | | | | Sold (part) | 03/23/18 | J | | |
| 581. | | | | | Sold (part) | 05/30/18 | J | | |
| 582. | | | | | Buy (add'l) | 06/13/18 | J | | |
| 583. | | | | | Buy (add'l) | 06/14/18 | J | | |
| 584. | | | | | Sold (part) | 08/02/18 | J | A | |
| 585. | | | | | Sold (part) | 10/19/18 | J | A | |
| 586. | | | | | Sold (part) | 10/22/18 | J | B | |
| 587. | | | | | Sold (part) | 10/26/18 | J | B | |
| 588. | | | | | Sold (part) | 11/29/18 | J | A | |
| 589. | | | | | Sold (part) | 12/14/18 | J | A | |
| 590. | | | | | Sold (part) | 12/17/18 | J | A | |
| 591.  -Nike Inc. | A | Dividend | | | Sold (part) | 01/02/18 | J | A | |
| 592. | | | | | Sold (part) | 01/19/18 | J | A | |
| 593. | | | | | Sold (part) | 01/24/18 | J | B | |
| 594. | | | | | Sold (part) | 01/31/18 | K | C | |
| 595. | | | | | Sold (part) | 02/06/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Sold | 02/07/18 | K | D | |
| 597.  -Proctor & Gamble | B | Dividend | | | Buy (add'l) | 01/02/18 | J | | |
| 598. | | | | | Buy (add'l) | 01/09/18 | J | | |
| 599. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 600. | | | | | Buy (add'l) | 01/23/18 | J | | |
| 601. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 602. | | | | | Buy (add'l) | 02/02/18 | J | | |
| 603. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 604. | | | | | Buy (add'l) | 02/23/18 | J | | |
| 605. | | | | | Buy (add'l) | 03/26/18 | J | | |
| 606. | | | | | Sold (part) | 05/22/18 | J | | |
| 607. | | | | | Sold (part) | 05/29/18 | J | | |
| 608. | | | | | Sold (part) | 05/30/18 | J | | |
| 609. | | | | | Sold (part) | 06/25/18 | K | | |
| 610. | | | | | Sold (part) | 06/26/18 | J | | |
| 611. | | | | | Sold (part) | 06/28/18 | J | | |
| 612. | | | | | Sold (part) | 07/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Sold (part) | 07/11/18 | K | | |
| 614. | | | | | Sold | 07/12/18 | J | A | |
| 615.  -Sherwin William Co | A | Dividend | L | T | Buy | 04/26/18 | K | | |
| 616. | | | | | Buy (add'l) | 04/30/18 | J | | |
| 617. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 618. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 619. | | | | | Sold (part) | 09/06/18 | J | B | |
| 620. | | | | | Sold (part) | 09/07/18 | J | A | |
| 621. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 622.  -Starbucks Corp | A | Dividend | K | T | Buy | 06/19/18 | J | | |
| 623. | | | | | Buy (add'l) | 06/20/18 | K | | |
| 624. | | | | | Buy (add'l) | 06/21/18 | K | | |
| 625. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 626. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 627. | | | | | Buy (add'l) | 06/27/18 | J | | |
| 628. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 629. | | | | | Sold (part) | 09/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Sold (part) | 09/17/18 | J | A | |
| 631. | | | | | Sold (part) | 09/26/18 | J | A | |
| 632. | | | | | Sold (part) | 10/17/18 | J | A | |
| 633. | | | | | Sold (part) | 11/02/18 | J | B | |
| 634. | | | | | Sold (part) | 11/05/18 | J | A | |
| 635. | | | | | Sold (part) | 11/06/18 | J | B | |
| 636. | | | | | Sold (part) | 11/20/18 | J | B | |
| 637. | | | | | Sold (part) | 11/29/18 | J | B | |
| 638. | | | | | Sold (part) | 12/04/18 | J | B | |
| 639. | | | | | Sold (part) | 12/06/18 | J | A | |
| 640. | | | | | Sold (part) | 12/07/18 | J | A | |
| 641. | | | | | Sold (part) | 12/26/18 | J | A | |
| 642.  -Tiffany & Co | None | | L | T | Buy | 11/30/18 | J | | |
| 643. | | | | | Buy (add'l) | 12/04/18 | K | | |
| 644. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 645. | | | | | Buy (add'l) | 12/07/18 | J | | |
| 646. | | | | | Buy (add'l) | 12/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 647. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 648. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 649. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 650. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 651.  -Ultra Beauty Inc. | None | | L | T | Sold (part) | 01/02/18 | J | | |
| 652. | | | | | Buy (add'l) | 01/22/18 | J | | |
| 653. | | | | | Buy (add'l) | 01/23/18 | J | | |
| 654. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 655. | | | | | Buy (add'l) | 02/14/18 | J | | |
| 656. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 657. | | | | | Sold (part) | 04/09/18 | J | | |
| 658. | | | | | Sold (part) | 04/10/18 | J | | |
| 659. | | | | | Sold (part) | 04/13/18 | J | | |
| 660. | | | | | Sold (part) | 04/23/18 | J | A | |
| 661. | | | | | Sold (part) | 04/24/18 | J | A | |
| 662. | | | | | Sold (part) | 04/25/18 | J | A | |
| 663. | | | | | Sold (part) | 04/27/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Sold (part) | 04/30/18 | J | A | |
| 665. | | | | | Sold (part) | 05/01/18 | J | A | |
| 666. | | | | | Sold (part) | 05/17/18 | J | A | |
| 667. | | | | | Buy (add'l) | 06/14/18 | J | | |
| 668. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 669. | | | | | Sold (part) | 09/06/18 | J | B | |
| 670. | | | | | Sold (part) | 09/17/18 | J | B | |
| 671. | | | | | Sold (part) | 09/28/18 | J | B | |
| 672. | | | | | Sold (part) | 10/26/18 | J | B | |
| 673. | | | | | Sold (part) | 11/09/18 | J | B | |
| 674. | | | | | Sold (part) | 11/13/18 | K | D | |
| 675. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 676. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 677.  -Visa, Inc. | | None | | | Sold | 01/04/18 | J | C | |
| 678.  -Walmart Stores Inc | C | Dividend | L | T | Sold (part) | 01/02/18 | J | A | |
| 679. | | | | | Sold (part) | 01/08/18 | J | B | |
| 680. | | | | | Sold (part) | 01/17/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Sold (part) | 01/18/18 | J | B | |
| 682. | | | | | Sold (part) | 01/29/18 | J | C | |
| 683. | | | | | Buy (add'l) | 02/20/18 | J | | |
| 684. | | | | | Buy (add'l) | 02/21/18 | J | | |
| 685. | | | | | Buy (add'l) | 03/12/18 | J | | |
| 686. | | | | | Sold (part) | 03/23/18 | J | | |
| 687. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 688. | | | | | Buy (add'l) | 05/07/18 | J | | |
| 689. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 690. | | | | | Sold (part) | 05/30/18 | J | | |
| 691. | | | | | Buy (add'l) | 06/20/18 | J | | |
| 692. | | | | | Sold (part) | 09/04/18 | J | B | |
| 693. | | | | | Sold (part) | 09/05/18 | J | B | |
| 694. | | | | | Sold (part) | 10/02/18 | J | B | |
| 695. | | | | | Sold (part) | 10/10/18 | J | B | |
| 696. | | | | | Sold (part) | 10/16/18 | J | C | |
| 697. | | | | | Sold (part) | 10/17/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Sold (part) | 10/18/18 | J | C | |
| 699. | | | | | Sold (part) | 10/24/18 | J | C | |
| 700. | | | | | Sold (part) | 10/26/18 | J | B | |
| 701. | | | | | Sold (part) | 10/30/18 | J | B | |
| 702. | | | | | Sold (part) | 11/02/18 | J | A | |
| 703. | | | | | Sold (part) | 11/12/18 | J | B | |
| 704. -Walt Disney Co | C | Dividend | M | T | Sold (part) | 01/02/18 | J | | |
| 705. | | | | | Buy (add'l) | 02/02/18 | J | | |
| 706. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 707. | | | | | Buy (add'l) | 03/09/18 | J | | |
| 708. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 709. | | | | | Sold (part) | 03/20/18 | J | | |
| 710. | | | | | Sold (part) | 03/23/18 | J | | |
| 711. | | | | | Sold (part) | 05/30/18 | J | | |
| 712. | | | | | Sold (part) | 08/03/18 | J | A | |
| 713. | | | | | Sold (part) | 08/06/18 | J | A | |
| 714. | | | | | Sold (part) | 08/07/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT    Name of Person Reporting    Date of Report

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Sold (part) | 08/10/18 | J | A | |
| 716. | | | | | Sold (part) | 09/06/18 | J | A | |
| 717. | | | | | Sold (part) | 09/26/18 | J | A | |
| 718. | | | | | Sold (part) | 09/28/18 | J | A | |
| 719. | | | | | Sold (part) | 10/19/18 | J | A | |
| 720. | | | | | Sold (part) | 11/01/18 | J | A | |
| 721. | | | | | Sold (part) | 11/09/18 | J | A | |
| 722. -William Sonoma | B | Dividend | L | T | Buy | 06/20/18 | J | | |
| 723. | | | | | Buy (add'l) | 06/22/18 | J | | |
| 724. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 725. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 726. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 727. | | | | | Buy (add'l) | 07/12/18 | J | | |
| 728. | | | | | Buy (add'l) | 07/18/18 | J | | |
| 729. | | | | | Buy (add'l) | 07/26/18 | J | | |
| 730. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 731. | | | | | Buy (add'l) | 08/21/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Sold (part) | 09/06/18 | J | A | |
| 733. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 734. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 735. | | | | | Buy (add'l) | 10/22/18 | J | | |
| 736. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 737. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 738. | | | | | Buy (add'l) | 11/20/18 | J | | |
| 739. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 740. -Weight Watchers Intl | None | L | T | | Buy | 11/02/18 | K | | |
| 741. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 742. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 743. | | | | | Buy (add'l) | 11/12/18 | J | | |
| 744. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 745. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 746. | | | | | Buy (add'l) | 12/07/18 | J | | |
| 747. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 748. | | | | | Buy (add'l) | 12/21/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. -Time Warner, Inc. (Became AT&T on 6/15/2018) | A | Dividend | | | Buy | 01/31/18 | K | | |
| 750. | | | | | Buy (add'l) | 02/02/18 | J | | |
| 751. | | | | | Buy (add'l) | 02/06/18 | J | | |
| 752. | | | | | Buy (add'l) | 02/08/18 | K | | |
| 753. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 754. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 755. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 756. | | | | | Buy (add'l) | 02/26/18 | K | | |
| 757. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 758. | | | | | Buy (add'l) | 03/09/18 | J | | |
| 759. | | | | | Sold (part) | 05/30/18 | J | | |
| 760. | | | | | Sold (part) | 06/13/18 | J | A | |
| 761. | | | | | Sold (part) | 06/14/18 | K | A | |
| 762. | | | | | Merged (with line 763) | 06/15/18 | L | D | |
| 763. AT&T (Merger Time Warner to AT&T) | | None | | | Open | 06/15/18 | L | | |
| 764. | | | | | Sold (part) | 06/20/18 | J | | |
| 765. | | | | | Sold (part) | 06/21/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Sold (part) | 06/22/18 | J | | |
| 767. | | | | | Sold | 06/28/18 | J | | |
| 768. -Cash, Schwab Bank Sweep | A | Interest | K | T | | | | | |
| 769. -Bank of India CD Due 5/9/18 | B | Interest | | | Matured | 05/09/18 | M | | |
| 770. -Bank of China CD Due 7/16/18 | B | Interest | | | Matured | 07/16/18 | M | | |
| 771. -Beal Bank USA CD Due 4/25/18 | C | Interest | | | Matured | 04/25/18 | M | | |
| 772. -Congressional Bank CD Due 5/15/18 | B | Interest | | | Matured | 05/15/18 | M | | |
| 773. -United Bank Verno CD Due 5/15/18 | B | Interest | | | Matured | 05/15/18 | M | | |
| 774. -US Treasury Note Due 5/15/19 | B | Interest | N | T | Buy | 05/14/18 | N | | |
| 775. -US Treasury Note Due 4/30/19 | C | Interest | M | T | Buy | 04/24/18 | M | | |
| 776. -US Treasury Bill Due 11/8/18 | C | Interest | | | Buy | 05/14/18 | N | | |
| 777. | | | | | Matured | 11/08/18 | N | | |
| 778. -US Treasury Bill Due 5/9/19 | | None | N | T | Buy | 11/08/18 | N | | |
| 779. -Wells Fargo CD Due 8/27/19 | B | Interest | M | T | Buy | 07/16/18 | M | | |
| 780. | | | | | | | | | |
| 781. Trust # 3 (H) | | | | | | | | | |
| 782. -Alphabet Inc. Class C | | None | L | T | Sold (part) | 01/12/18 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Sold (part) | 02/21/18 | J | C | |
| 784. | | | | | Sold (part) | 07/23/18 | K | D | |
| 785. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 786.  -Anheuser-Busch | B | Dividend | K | T | Buy (add'l) | 01/02/18 | K | | |
| 787. | | | | | Buy (add'l) | 01/18/18 | J | | |
| 788. | | | | | Buy (add'l) | 01/19/18 | J | | |
| 789. | | | | | Buy (add'l) | 01/29/18 | J | | |
| 790. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 791. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 792. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 793. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 794. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 795. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 796. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 797. | | | | | Sold (part) | 11/29/18 | J | | |
| 798. | | | | | Sold (part) | 12/12/18 | J | | |
| 799.  -Carnival Corp | B | Dividend | | | Buy (add'l) | 06/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

Stahl, Norman H.                                                        06/24/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 801. | | | | | Sold (part) | 09/17/18 | K | D | |
| 802. | | | | | Sold | 09/18/18 | K | D | |
| 803.  -Charles Schwab Corp | A | Dividend | K | T | Buy (add'l) | 02/07/18 | J | | |
| 804. | | | | | Buy (add'l) | 02/08/18 | J | | |
| 805. | | | | | Sold (part) | 03/22/18 | K | C | |
| 806. | | | | | Buy (add'l) | 08/10/18 | J | | |
| 807. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 808. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 809. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 810. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 811. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 812. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 813. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 814. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 815.  -Coca Cola Company | C | Dividend | L | T | Buy (add'l) | 01/02/18 | J | | |
| 816. | | | | | Buy (add'l) | 02/14/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | Buy (add'l) | 02/21/18 | J | | |
| 818. | | | | | Sold (part) | 04/11/18 | J | | |
| 819. | | | | | Sold (part) | 04/13/18 | J | | |
| 820. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 821. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 822. | | | | | Sold (part) | 10/12/18 | J | | |
| 823. | | | | | Sold (part) | 10/18/18 | J | | |
| 824.   -Comcast Corporation | B | Dividend | L | T | Buy (add'l) | 01/03/18 | J | | |
| 825. | | | | | Buy (add'l) | 01/04/18 | J | | |
| 826. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 827. | | | | | Buy (add'l) | 03/02/18 | J | | |
| 828. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 829. | | | | | Sold (part) | 08/07/18 | J | | |
| 830. | | | | | Sold (part) | 08/09/18 | J | | |
| 831. | | | | | Sold (part) | 08/10/18 | J | | |
| 832. | | | | | Sold (part) | 08/30/18 | J | | |
| 833. | | | | | Sold (part) | 08/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Stahl, Norman H.

06/24/2019

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Sold (part) | 09/14/18 | J | | |
| 835. | | | | | Sold (part) | 09/17/18 | J | A | |
| 836. | | | | | Sold (part) | 11/29/18 | J | B | |
| 837.  -Darden Restaurants | A | Dividend | K | T | Buy (add'l) | 03/22/18 | J | | |
| 838. | | | | | Sold (part) | 08/10/18 | K | C | |
| 839. | | | | | Sold (part) | 08/14/18 | J | B | |
| 840. | | | | | Sold (part) | 08/15/18 | J | A | |
| 841. | | | | | Sold (part) | 09/06/18 | J | C | |
| 842. | | | | | Sold (part) | 09/14/18 | J | B | |
| 843.  -Diageo PLC | B | Dividend | K | T | Sold (part) | 03/23/18 | J | B | |
| 844. | | | | | Sold (part) | 04/02/18 | J | B | |
| 845. | | | | | Sold (part) | 04/09/18 | J | B | |
| 846. | | | | | Sold (part) | 08/01/18 | J | B | |
| 847.  -Dunkin Brands Group | A | Dividend | K | T | Buy (add'l) | 02/07/18 | J | | |
| 848. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 849. | | | | | Buy (add'l) | 04/26/18 | J | | |
| 850.  -Ebay | | None | L | T | Buy | 02/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

Stahl, Norman H.

06/24/2019

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Buy (add'l) | 02/07/18 | J | | |
| 852. | | | | | Buy (add'l) | 02/08/18 | J | | |
| 853. | | | | | Buy (add'l) | 03/22/18 | K | | |
| 854. | | | | | Buy (add'l) | 04/13/18 | K | | |
| 855. | | | | | Buy (add'l) | 04/26/18 | J | | |
| 856. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 857. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 858. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 859. | | | | | Buy (add'l) | 10/05/18 | J | | |
| 860. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 861. | | | | | Buy (add'l) | 10/18/18 | J | | |
| 862. | | | | | Sold (part) | 11/29/18 | J | | |
| 863. | | | | | Sold (part) | 11/30/18 | J | | |
| 864. | | | | | Sold (part) | 12/06/18 | J | | |
| 865. -Exxon Mobil | D | Dividend | M | T | | | | | |
| 866. -Facebook Inc Class A | | None | L | T | Sold (part) | 01/02/18 | K | | |
| 867. | | | | | Buy (add'l) | 09/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | Buy (add'l) | 09/17/18 | K | | |
| 869. | | | | | Buy (add'l) | 09/18/18 | K | | |
| 870. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 871. | | | | | Buy (add'l) | 10/05/18 | J | | |
| 872. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 873. | | | | | Sold (part) | 12/18/18 | J | | |
| 874. | | | | | Sold (part) | 12/26/18 | J | | |
| 875. -Heineken NV | A | Dividend | K | T | Sold (part) | 02/16/18 | J | B | |
| 876. | | | | | Sold (part) | 02/26/18 | J | A | |
| 877. | | | | | Sold (part) | 03/02/18 | J | B | |
| 878. | | | | | Sold (part) | 03/19/18 | J | A | |
| 879. | | | | | Sold (part) | 04/04/18 | J | A | |
| 880. | | | | | Sold (part) | 04/09/18 | J | A | |
| 881. | | | | | Sold (part) | 05/03/18 | J | C | |
| 882. | | | | | Sold (part) | 05/09/18 | J | B | |
| 883. | | | | | Sold (part) | 05/10/18 | J | B | |
| 884. -Hershey Company | A | Dividend | | | Buy (add'l) | 01/03/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Name of Person Reporting

Date of Report

Page 56 of 72

Stahl, Norman H.

06/24/2019

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. | | | | | Buy (add'l) | 01/10/18 | J | | |
| 886. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 887. | | | | | Buy (add'l) | 01/16/18 | J | | |
| 888. | | | | | Buy (add'l) | 02/14/18 | J | | |
| 889. | | | | | Sold (part) | 04/11/18 | J | | |
| 890. | | | | | Sold (part) | 04/13/18 | J | | |
| 891. | | | | | Sold | 04/26/18 | J | | |
| 892.  -Home Depot | A | Dividend | L | T | Buy | 04/06/18 | J | | |
| 893. | | | | | Buy (add'l) | 04/09/18 | J | | |
| 894. | | | | | Buy (add'l) | 04/11/18 | K | | |
| 895. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 896. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 897.  -Illinois Tool Works | A | Dividend | | | Buy | 05/03/18 | J | | |
| 898. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 899. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 900. | | | | | Buy (add'l) | 06/19/18 | J | | |
| 901. | | | | | Buy (add'l) | 07/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | Sold (part) | 10/02/18 | J | | |
| 903. | | | | | Sold (part) | 10/04/18 | J | | |
| 904. | | | | | Sold (part) | 10/05/18 | J | | |
| 905. | | | | | Sold | 10/08/18 | J | | |
| 906.   -Kellogg Company | B | Dividend | | | Buy (add'l) | 02/13/18 | J | | |
| 907. | | | | | Buy (add'l) | 02/21/18 | J | | |
| 908. | | | | | Buy (add'l) | 03/21/18 | J | | |
| 909. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 910. | | | | | Buy (add'l) | 05/03/18 | J | | |
| 911. | | | | | Sold (part) | 06/25/18 | J | | |
| 912. | | | | | Sold (part) | 06/27/18 | J | | |
| 913. | | | | | Sold (part) | 10/11/18 | J | | |
| 914. | | | | | Sold (part) | 10/12/18 | J | A | |
| 915. | | | | | Sold (part) | 10/15/18 | J | A | |
| 916. | | | | | Sold (part) | 11/02/18 | J | | |
| 917. | | | | | Sold (part) | 11/05/18 | J | | |
| 918. | | | | | Sold (part) | 11/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. | | | | | Sold (part) | 11/12/18 | J | | |
| 920. | | | | | Sold (part) | 11/14/18 | J | | |
| 921. | | | | | Sold (part) | 11/15/18 | J | A | |
| 922. | | | | | Sold | 11/16/18 | J | A | |
| 923. -LVMH MOET | A | Dividend | K | T | Sold (part) | 03/19/18 | J | C | |
| 924. | | | | | Sold (part) | 03/21/18 | K | D | |
| 925. | | | | | Sold (part) | 07/23/18 | K | D | |
| 926. -Lululemon Athletics | | None | | | Sold (part) | 01/02/18 | K | C | |
| 927. | | | | | Sold (part) | 01/17/18 | J | B | |
| 928. | | | | | Sold (part) | 01/31/18 | J | B | |
| 929. | | | | | Sold (part) | 02/07/18 | J | B | |
| 930. | | | | | Sold (part) | 02/09/18 | K | D | |
| 931. | | | | | Sold (part) | 02/12/18 | J | C | |
| 932. | | | | | Sold | 02/13/18 | J | C | |
| 933. -Marriott Intl Inc. Class A | A | Dividend | L | T | Sold (part) | 01/02/18 | K | E | |
| 934. | | | | | Buy (add'l) | 06/19/18 | J | | |
| 935. | | | | | Buy (add'l) | 06/20/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 937. | | | | | Buy (add'l) | 06/22/18 | J | | |
| 938. | | | | | Buy (add'l) | 08/07/18 | J | | |
| 939. | | | | | Buy (add'l) | 08/09/18 | J | | |
| 940. | | | | | Buy (add'l) | 08/10/18 | K | | |
| 941. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 942. | | | | | Buy (add'l) | 10/05/18 | J | | |
| 943. | | | | | Buy (add'l) | 10/08/18 | J | | |
| 944. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 945. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 946. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 947.  -McDonalds | C | Dividend | L | T | Buy (add'l) | 02/14/18 | J | | |
| 948. | | | | | Buy (add'l) | 03/02/18 | J | | |
| 949. | | | | | Sold (part) | 04/06/18 | J | B | |
| 950. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 951. | | | | | Sold (part) | 10/24/18 | J | C | |
| 952. | | | | | Sold (part) | 10/25/18 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953.  -Microsoft Corp | B | Dividend | L | T | Sold (part) | 01/04/18 | J | B | |
| 954. | | | | | Sold (part) | 01/11/18 | J | C | |
| 955. | | | | | Sold (part) | 01/16/18 | J | B | |
| 956. | | | | | Sold (part) | 02/21/18 | J | C | |
| 957. | | | | | Sold (part) | 02/27/18 | J | C | |
| 958. | | | | | Sold (part) | 03/09/18 | J | B | |
| 959. | | | | | Sold (part) | 04/12/18 | J | B | |
| 960. | | | | | Sold (part) | 07/23/18 | K | D | |
| 961. | | | | | Sold (part) | 08/08/18 | J | B | |
| 962.  -Nestle | C | Dividend | M | T | Buy (add'l) | 01/03/18 | J | | |
| 963. | | | | | Buy (add'l) | 01/11/18 | J | | |
| 964. | | | | | Buy (add'l) | 06/14/18 | J | | |
| 965.  -Nike Inc Class B | A | Dividend | | | Sold (part) | 01/19/18 | J | B | |
| 966. | | | | | Sold (part) | 01/24/18 | J | B | |
| 967. | | | | | Sold (part) | 01/31/18 | J | C | |
| 968. | | | | | Sold (part) | 02/06/18 | K | C | |
| 969. | | | | | Sold | 02/07/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970.  -Pepsico | C | Dividend | M | T | | | | | |
| 971.  -Proctor & Gamble | B | Dividend | | | Buy (add'l) | 01/02/18 | K | | |
| 972. | | | | | Buy (add'l) | 01/05/18 | J | | |
| 973. | | | | | Buy (add'l) | 01/11/18 | J | | |
| 974. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 975. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 976. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 977. | | | | | Buy (add'l) | 02/14/18 | J | | |
| 978. | | | | | Sold (part) | 04/11/18 | J | | |
| 979. | | | | | Sold (part) | 04/13/18 | J | | |
| 980. | | | | | Sold (part) | 05/16/18 | J | | |
| 981. | | | | | Sold (part) | 05/29/18 | J | | |
| 982. | | | | | Sold (part) | 05/30/18 | J | | |
| 983. | | | | | Sold (part) | 06/25/18 | J | | |
| 984. | | | | | Sold (part) | 07/10/18 | J | | |
| 985. | | | | | Sold (part) | 07/11/18 | K | | |
| 986. | | | | | Sold | 07/12/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987.  -Starbuks | A | Dividend | L | T | Buy | 06/19/18 | J | | |
| 988. | | | | | Buy (add'l) | 06/20/18 | K | | |
| 989. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 990. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 991. | | | | | Buy (add'l) | 06/27/18 | J | | |
| 992. | | | | | Sold (part) | 09/07/18 | J | | |
| 993.  -Sherwin Williams Co | A | Dividend | K | T | Buy | 04/26/18 | K | | |
| 994. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 995.  -Tiffany & Co | | None | K | T | Buy | 12/04/18 | J | | |
| 996. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 997. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 998. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 999.  -Ulta Beauty Inc | | None | L | T | Buy (add'l) | 01/04/18 | J | | |
| 1000. | | | | | Buy (add'l) | 01/05/18 | J | | |
| 1001. | | | | | Buy (add'l) | 01/22/18 | J | | |
| 1002. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 1003. | | | | | Buy (add'l) | 02/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 1005. | | | | | Sold (part) | 04/24/18 | J | | |
| 1006. | | | | | Sold (part) | 04/25/18 | J | | |
| 1007. | | | | | Sold (part) | 05/16/18 | J | A | |
| 1008. -Visa | A | Dividend | | | Sold | 01/04/18 | K | D | |
| 1009. -Wal-Mart Stores | B | Dividend | L | T | Sold (part) | 01/03/18 | J | C | |
| 1010. | | | | | Sold (part) | 01/08/18 | J | B | |
| 1011. | | | | | Sold (part) | 01/12/18 | J | C | |
| 1012. | | | | | Sold (part) | 01/24/18 | J | A | |
| 1013. | | | | | Sold (part) | 01/31/18 | J | B | |
| 1014. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 1015. | | | | | Buy (add'l) | 05/09/18 | J | | |
| 1016. | | | | | Buy (add'l) | 06/20/18 | J | | |
| 1017. | | | | | Sold (part) | 09/25/18 | J | B | |
| 1018. | | | | | Sold (part) | 10/24/18 | J | C | |
| 1019. | | | | | Sold (part) | 10/29/18 | J | B | |
| 1020. -Walt Disney Co | B | Dividend | L | T | Buy (add'l) | 01/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 1022. | | | | | Sold (part) | 08/07/18 | J | A | |
| 1023. | | | | | Sold (part) | 09/26/18 | J | A | |
| 1024. | | | | | Sold (part) | 11/02/18 | J | A | |
| 1025. -William Sonoma | A | Dividend | L | T | Buy | 06/20/18 | J | | |
| 1026. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 1027. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 1028. | | | | | Buy (add'l) | 07/12/18 | J | | |
| 1029. | | | | | Buy (add'l) | 07/18/18 | J | | |
| 1030. | | | | | Buy (add'l) | 07/26/18 | J | | |
| 1031. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 1032. | | | | | Buy (add'l) | 08/16/18 | J | | |
| 1033. | | | | | Buy (add'l) | 10/04/18 | J | | |
| 1034. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 1035. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 1036. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 1037. -Weight Watchers Intl | | | K | T | Buy | 11/02/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 1039. | | | | | Buy (add'l) | 11/12/18 | J | | |
| 1040. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 1041. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 1042. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 1043. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 1044. -Time Warner, Inc. (Became AT&T on 6/15/2018) | A | Dividend | | | Buy | 01/31/18 | J | | |
| 1045. | | | | | Buy (add'l) | 02/06/18 | J | | |
| 1046. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 1047. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 1048. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 1049. | | | | | Buy (add'l) | 03/02/18 | J | | |
| 1050. | | | | | Buy (add'l) | 03/09/18 | J | | |
| 1051. | | | | | Buy (add'l) | 04/26/18 | J | | |
| 1052. | | | | | Sold (part) | 06/14/18 | J | A | |
| 1053. | | | | | Merged (with line 1054) | 06/15/18 | K | D | |
| 1054. AT&T (Merger Time Warner to AT&T) | | None | | | Open | 06/15/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1055. | | | | | Sold (part) | 06/20/18 | J | | |
| 1056. | | | | | Sold (part) | 06/21/18 | K | | |
| 1057. | | | | | Sold (part) | 06/22/18 | J | | |
| 1058. | | | | | Sold | 06/28/18 | J | | |
| 1059. -Cash, Schwab Bank Sweep | A | Interest | K | T | | | | | |
| 1060. -US Treasury CD Due 5/3/18 | B | Interest | | | Matured | 05/03/18 | N | | |
| 1061. -US Treasury Bill Due 11/1/18 | B | Interest | | | Buy | 05/02/18 | M | | |
| 1062. | | | | | Matured | 11/01/18 | M | | |
| 1063. -US Treasury Bill Due 5/2/19 | None | | N | T | Buy | 11/02/18 | N | | |
| 1064. | | | | | | | | | |
| 1065. Trust # 4 (H) | | | | | | | | | |
| 1066. Cash, Sch MA Muni MMF | A | Interest | J | T | | | | | |
| 1067. -Massachusetts St Dev Fin Bond, 5%, Due 09/01/2019 | A | Interest | | | Sold (part) | 01/04/18 | J | A | |
| 1068. | | | | | Sold | 04/03/18 | K | A | |
| 1069. -Town of Braintree MA 5%, Due 05/15/2019 | A | Interest | J | T | | | | | |
| 1070. -Houston Tex ARPT Sys Rev 5%, Due 07/01/2021 | B | Interest | | | Sold | 08/20/18 | K | | |
| 1071. -Massachusetts St Wtr 5 %, Due 08/01/2021 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1072. -Pittsfield Mass Rfdg St 5%, Due 03/01/2020 | B | Interest | K | T | | | | | |
| 1073. -Massachusetts Bay Transn Auth 5% Due 07/01/2022 | B | Interest | K | T | | | | | |
| 1074. - Nebraska St Public Powr Dist 5% Due 01/01/2025 | A | Interest | K | T | | | | | |
| 1075. -Marshfield MA Muni Purpose Bond 5% Due 11/01/2024 | A | Interest | K | T | | | | | |
| 1076. -Althens, AL 5% Due 02/01/2023 | A | Interest | K | T | | | | | |
| 1077. -TX Southmost CLG 5% Due 02/15/2025 | A | Interest | K | T | | | | | |
| 1078. -Peabody, MA 4% Due 7/15/21 | A | Interest | K | T | | | | | |
| 1079. -Georgetown, MA 4% Due 5/1/20 | A | Interest | K | T | | | | | |
| 1080. -MA ST FED HWY 5% Due 6/15/26 | A | Interest | K | T | | | | | |
| 1081. -MA ST SCH BLDG AUTH 5% Due 8/15/29 | A | Interest | K | T | | | | | |
| 1082. -Boston MA 4% Due 03/01/27 | A | Interest | K | T | | | | | |
| 1083. -Foxborough MA 4% Due 05/15/25 | A | Interest | | | Sold | 11/27/18 | K | | |
| 1084. -MA ST Trans FD 5% Due 06/01/27 | A | Interest | | | Sold | 11/02/18 | K | | |
| 1085. -Billerica Mass 5% Due 2/1/24 | A | Interest | K | T | | | | | |
| 1086. -FL St B/E Lottery 5% Due 7/1/24 | A | Interest | K | T | | | | | |
| 1087. -IN Mun Pwr Supps RE 5% Due 1/1/28 | A | Interest | K | T | | | | | |
| 1088. -MA St Wtr Poll Abat 5% Due 8/1/19 | A | Interest | | | Sold | 08/09/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. -Barnstable MA 4% Due 2/15/25 | | None | K | T | Buy | 11/27/18 | K | | |
| 1090. -Marlborough MA 4% Due 6/15/25 | A | Interest | K | T | Buy | 04/02/18 | K | | |
| 1091. -MA ST Trans FD 4% Due 6/1/28 | | None | K | T | Buy | 08/17/18 | K | | |
| 1092. -MA ST Wtr Res Auth 5% Due 8/1/27 | | None | K | T | Buy | 11/02/18 | K | | |
| 1093. -Pennsylvania St 5% Due 1/1/27 | A | Interest | K | T | Buy | 01/03/18 | K | | |
| 1094. -WI St Hlth Ed FA 5% Due 8/15/30 | | None | K | T | Buy | 08/08/18 | K | | |
| 1095. | | | | | | | | | |
| 1096. Trust # 5 IRA (H) | | | | | | | | | |
| 1097. -ALPS ETF TR Alerian MLP | A | Dividend | J | T | Buy (add'l) | 01/26/18 | J | | |
| 1098. -Altria Group Inc. | A | Dividend | J | T | | | | | |
| 1099. -Bank of Montreal | A | Dividend | J | T | | | | | |
| 1100. -BCE Inc. New | A | Dividend | J | T | | | | | |
| 1101. -Welltower, Inc. | A | Dividend | J | T | Buy (add'l) | 01/26/18 | J | | |
| 1102. -Lockheed Martin Corp. | A | Dividend | J | T | Sold (part) | 01/26/18 | J | A | |
| 1103. | | | | | Sold (part) | 11/21/18 | J | A | |
| 1104. -Merck & Co Inc. | A | Dividend | J | T | Buy (add'l) | 01/26/18 | J | | |
| 1105. | | | | | Sold (part) | 11/21/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1106. -Royal Dutch Shell PLC | A | Dividend | J | T | Sold (part) | 01/26/18 | J | A | |
| 1107. -American Electric Power | A | Dividend | J | T | | | | | |
| 1108. -Chevron | A | Dividend | J | T | Sold (part) | 01/26/18 | J | A | |
| 1109. -HSBC Holdings PLC | A | Dividend | J | T | Sold (part) | 01/26/18 | J | A | |
| 1110. -Weyerhaeuser | A | Dividend | | | Sold (part) | 01/26/18 | J | A | |
| 1111. | | | | | Sold (part) | 01/29/18 | J | A | |
| 1112. | | | | | Sold | 01/30/18 | J | A | |
| 1113. -Simon Property Group, Inc. | A | Dividend | J | T | Buy (add'l) | 01/26/18 | J | | |
| 1114. -GlaxoSmithKline | A | Dividend | | | Buy (add'l) | 01/26/18 | J | | |
| 1115. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 1116. | | | | | Sold | 12/19/18 | J | | |
| 1117. -Digital Realty Trust, Inc. | A | Dividend | J | T | Buy (add'l) | 01/26/18 | J | | |
| 1118. -Duke Energy | A | Dividend | J | T | Buy (add'l) | 01/26/18 | J | | |
| 1119. -Eaton Corporation | A | Dividend | J | T | Sold (part) | 01/26/18 | J | A | |
| 1120. -Verizon | A | Dividend | J | T | | | | | |
| 1121. -Abbvie | A | Dividend | J | T | Sold (part) | 01/26/18 | J | A | |
| 1122. -Caterpillar | A | Dividend | J | T | Sold (part) | 01/26/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1123. -Cisco Systems | A | Dividend | J | T | Sold (part) | 01/26/18 | J | A | |
| 1124. | | | | | Sold (part) | 01/21/18 | J | A | |
| 1125. -Crown Castle Internaional Corp | A | Dividend | J | T | Buy | 01/26/18 | J | | |
| 1126. | | | | | Buy (add'l) | 01/29/18 | J | | |
| 1127. | | | | | Buy (add'l) | 01/30/18 | J | | |
| 1128. -IBM | A | Dividend | J | T | Buy | 12/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/24/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Norman H. Stahl**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544